UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Albert Kuperman</u>

       v.                        07-cv-245-PB

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 28, 2007.

SO ORDERED.

October 11, 2007                        <u>/s/ Paul Barbadoro</u>
                                                Paul Barbadoro
                                                United States District Judge

cc:    Albert Kuperman, Pro Se
        Stephen Fuller, Esq.