**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>Albert Kuperman</u>

   v.                                      Civil No. 07-cv-245-PB

<u>Warden, New Hampshire</u>
<u>State Prison</u>


**O R D E R**

Albert Kuperman's habeas corpus petition depends upon a set of legal arguments that Judge Laplante recently considered and found wanting in <u>Hearns v. Warden</u>, 2008 DNH 180. Judge Laplante's analysis is thorough and convincing. I see no reason to restate it here. Instead, I merely note that, for the reasons set forth in <u>Hearns v. Warden</u>, New Hampshire law does not deny a defendant in Kuperman's position fair notice that he could be subjected to consecutive sentences for the crimes he committed. Defendant's motion for summary judgment (Doc. No. 47) is granted. The clerk shall close the case.

   SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

October 14, 2008

cc: Richard J. Lehmann, Esq.
    Stephen D. Fuller, Esq.